MICHAEL E. LANGTON, Esq.
Nevada Bar # 290
801 Riverside Drive
Reno, NV 89503
(775) 329-7557

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SPARKS POLICE PROTECTIVE ASSOCIATION,

    Plaintiff,

vs.

CITY OF SPARKS and BRIAN ALLEN in his capacity as Chief of Police,

    Defendants.

Case No. 3:16-CV-00681- MMD-WGC

STIPULATION FOR DISMISSAL
PURSUANT TO FRCP 41(a)(ii)

COMES NOW, Plaintiff SPARKS POLICE PROTECTIVE ASSOCIATION, (SPPA), by and through its attorney, and Defendants CITY OF SPARKS and BRIAN ALLEN, by and through their attorney, and pursuant to FRCP 41(a)(ii) hereby stipulate this case be

///
///
///
///

Lexar4 SPPA stip for dismissal 4.6.17

Page -1-

dismissed, with prejudice, with each party to bear its costs and fees.

DATED this 6th day of April, 2017.

SPARKS POLICE PROTECTIVE ASSOCIATION

By *Michael E. Langton*
Michael E. Langton, Esq.

CITY OF SPARKS and BRIAN ALLEN

By [signature]
Douglas R. Thornley, Esq.
Senior Asst. City Atty.

IT IS SO ORDERED.

DATED this 6th day of April, 2017.

[signature]
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Michael E. Langton, Esq.
801 Riverside Drive
Reno, Nevada 89503
Voice: (775) 329-7557  Fax (775) 329-7447

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P. 5(b), I hereby certify that I am an employee of the Sparks City Attorney's Office, Sparks, Nevada, and that on this date, I am serving the foregoing document(s) entitled **STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(A)(ii)** on the person(s) set forth below by:

__X__ Case Management/Electronic Case Filing (CM/ECF) and/or;

____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Sparks, Nevada, postage prepaid, following ordinary business practices, and/or;

____ Personal Delivery, and/or;

____ Facsimile (FAX), and/or;

____ Federal Express or other overnight delivery, and/or;

____ Reno/Carson Messenger Service.

If physically delivered, each is addressed as follows:

Michael E. Langton, Esq.
801 Riverside Drive
Reno, Nevada 89503
*Attorney for Plaintiff SPPA*

DATED this 6th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　/s/ Kember Murphy
　　　　　　　　　　　　　　　　　　　　　　Kember Murphy